# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALFREDO SIERRA-JAIMES, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL NO. 2:18-CV-435 |
| | § | |
| L. SHULTZ, | § | |
| | § | |
| Respondent. | § | |

## <u>ORDER</u>

The Court is in receipt of the Respondent's Motion to Dismiss, Dkt. No. 10; Petitioner's Response to the Motion to Dismiss, Dkt. No. 13; and the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 14. No objections to the M&R were filed.

After independently reviewing the filings, the record, and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 14. The Court therefore **GRANTS** Respondent's Motion to Dismiss, Dkt. No. 10, and **DISMISSES** Petitioner's application for habeas corpus relief.

Final judgment will be entered separately.

SIGNED this 19th day of August, 2019.

_____
Hilda Tagle
Senior United States District Judge